GENEVRA W. WOODRUFF v. GENEVRA W. H. WOODRUFF.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MORRIS S. TROP and Others v. GRAMERCY CHOCOLATE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HYMAN FELDMAN and Others v. SAMUEL S. RONSHEIM.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MOSES HANIGSBERG and Others v. ROBERT FEIN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of WILLIAM BARBOUR, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANTHOHY ALFONSO v. FANNIE KAHN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILFRED J. CHILDS v. FANNIE KAHN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FREDERICK HORN, an Infant, etc., v. FRANK SILINSKY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of THOMAS J. REILLY and MICHAEL HARRISON.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALLEN H. STEM v. WHITNEY WARREN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOSEPH H. COHEN v. CHARLES B. TOOLE, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of CHARLES W. WATSON, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MANUEL E. LARDIZABAL v. WASHINGTON S. VALENTINE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of JAMES T. BUNT, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of ABRAHAM VOGEL, an Attorney.— Reference ordered to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.